UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/2015
```

SHAFFER SMITH, 2424, LCC, SUPER SAYIN' PUBLISHING, LLC, COMPOUND TOURING, INC., and COMPOUND ENTERTAINMENT, LLC,

           Plaintiffs,

-against-

KEVIN FOSTER, VERNON BROWN, FOSTER & FIRM, INC., and V. BROWN & COMPANY, INC.,

           Defendants.

14-Cv-5918 (SHS)

OPINION &
ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendants Vernon Brown and V. Brown & Company, Inc.'s letter motion dated February 10, 2015. (Dkt. No. 35.) IT IS HEREBY ORDERED THAT:

1. Vernon Brown and V. Brown & Company, Inc. shall answer or move in response to the second amended complaint on or before March 6, 2015. If they file a motion to dismiss, any opposition shall be due twenty days later; the reply shall be due fourteen days after the opposition is filed.
2. In light of the automatic stay of discovery pursuant to the Private Securities Litigation Reform Act, the parties need not submit a joint Rule 26(f) report and discovery plan until the Court resolves defendants' contemplated motion to dismiss. Discovery in the *Smith* and *Citibank* actions will therefore proceed independently at this time.

Dated: New York, New York
       February 13, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.